## EXHIBIT C

## REORGANIZED DEBTORS' FINANCIAL PROJECTIONS[1]

These financial projections (the "Financial Projections") present, to the best of the Debtors' knowledge and belief, the Debtors' expected financial position, results of operations and cash flows for the projection period. The assumptions disclosed herein are those that the Debtors believe are significant to the Financial Projections. Because events and circumstances frequently do not occur as expected, there will be differences between the projected and actual results. These differences may be material to the Financial Projections herein.

### A.    ACCOUNTING POLICIES

The Financial Projections have been prepared in good faith based upon assumptions believed to be reasonable. The Debtors have included an estimate of "fresh start adjustments" to facilitate the presentation of the projected financials, but the Financial Projections do not conform with the principles of fresh start accounting. The Financial Projections include assumptions to various financial accounts of the Company, which are based upon the Debtors' estimates and market conditions.

### B.    PROJECTION ASSUMPTIONS

The Debtors, with the assistance of various professionals, prepared the Financial Projections for the five-month stub period ending February 28, 2009 and the three years ending February of 2010, 2011 and 2012 respectively. The Financial Projections are based on a number of assumptions, and while the Debtors have prepared the Financial Projections in good faith and believe the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will ultimately be realized. The Financial Projections should be read in conjunction with the assumptions, qualifications and notes contained herein, the risk factors described in Section VI of the Disclosure Statement and the historical financial statements filed by the Debtors as Monthly Operating Reports. The following summarizes the underlying key assumptions upon which the Financial Projections were based.

The Financial Projections are based on the assumption that the Plan will be confirmed as stated in the Disclosure Statement and Plan of Reorganization and will become effective December 31, 2008.

### C.    PROJECTED CONSOLIDATED STATEMENT OF OPERATIONS

*Sales Forecast:*  A detailed 3 year forecast was prepared in pounds by the Sales Department. Sales were projected by division and product category, based on FY 2009 pricing and inclusive of the projected September 2008 price increase. The sales forecast is net of 9.4

---

[1]  All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Disclosure Statement. To the extent that a definition of a term in the text of this Exhibit c to the Disclosure Statement and the definition of such term in the Disclosure Statement is inconsistent, the definition included in the Disclosure Statement shall control.

million pounds of commodity chicken, as the Company plans to exit the business. The Zar Tran operation is presumed to be closed.

*Raw Materials Assumptions:* Projected material usage is based on FY 2009 historical monthly product mix by plant (3 months actual and 9 months projected). Raw material costs are based on FY 2009 projected monthly price per pound, by plant. Annual raw material inflation rates were projected in detail by the Purchasing Department. Projected co-pack purchases (finished goods purchased from an external source) include items previously manufactured at Cedartown and Hamilton. Projected production was allocated to the plants based on the actual product mix for the first four months of FY 2009.

*Direct Labor and Overhead Assumptions:* Direct labor and overhead were projected by plant, based on historical rates per produced pound. Production thresholds were determined by plant in order to project overtime and double time expense based on the projected monthly production plans. Fixed overhead expenses were based on FY 2008 actual spending by plant and inflated per annum based on the Debtors' estimated inflation rates by spending category. Variable overhead is based on FY 2008 actual spending by plant. Variable overhead expenses were determined to be only partially variable and projected values were therefore based on 50% of the projected change in production volume. Variable overhead expenses were based on FY 2008 actual spending by plant and inflated per annum based on the Debtors' estimated inflation rate by spend category.

*Selling, General and Administrative Expense Assumptions:* Selling expense, commissions, variable selling expense, marketing and research and development were projected at FY 2009 rates relative to net sales and individually inflated based on the Debtors' estimates. Distribution expense and variable expenses were projected at FY 2009 rates per invoiced pound, plus an inflation rate by spend category. Fixed distribution expense, administrative expense and fixed other expenses were held constant from the prior year, plus inflation as estimated by the Company, by spend category.

*Interest Expense*: Interest for the revolver facility is projected for FY 2009 through 2012 based on the LIBOR forward curve (including a 3.5% LIBOR floor) plus 3.5%. The revolver interest is expensed and disbursed monthly. The first lien term loan interest is projected at LIBOR plus 4.5% per annum. The first lien term loan interest is expensed monthly and disbursed on a quarterly basis. The second lien term loan interest is projected at 14% per annum and is expensed monthly with 50% of the interest disbursed on a quarterly basis and 50% accrued as payment-in-kind interest.

*Income Tax Expense:* The Debtors' tax advisors have estimated post-emergence federal, state and local tax expense (in accordance with FASB Statement No. 109) to be incurred at an effective rate of 35% and 3.5%, respectively.

## D.    PROJECTED CONSOLIDATED BALANCE SHEETS

*Cash:* Cash is projected each month to be zero, as projected cash on hand is consolidated with the projected revolver balance.

2

*Accounts Receivable*:  The FY 2010 projected Accounts Receivable is based on the historical trailing 12 months number of days carried, which ranged by month from a low of 22.5 to a high of 25.7 days, with an average of 23.8 days.  For FY 2011 and FY 2012 the days carried are projected to improve by 1.2 and 2.2 days over FY 2010, respectively.

*Inventory*:  FY 2010 is calculated based on rolling forward the actual inventory balance based on the projected monthly sales and a monthly projected production schedule.  The resultant days carried vary from a low of 39.6 to a high of 59.6 days, with an average of 48.7 days.  For FY 2011 and FY 2012 the days carried are projected to improve by 2.0 and 4.0 days over FY 2010, respectively.

*Accounts Payable*:  Projected FY 2010 accounts payable is based on historical days payable outstanding (DPO) by detailed spending categories for Periods 1 through 4 of FY 2008[2]. This period was regarded as the most representative, as it was post M&A activity, yet preceding the financial constraints that led to bankruptcy.  Accounts payables are presumed to ramp up to normalized levels during the first 6 months post-emergence.  Accounts payable balances therefore are based on a historical DPO calculation beginning with Period 4, FY 2010.  For FY 2011 and FY 2012, days are projected to improve by 0.7 and 1.4 days over FY 2010 levels, respectively.

*Accrued Expenses*:  Accrued expenses are inclusive of $8.0 million of reorganization-related professional fees, which are scheduled to be disbursed in Period 1 of FY 2010.

*Cash Tax Liability:*  The Debtors' tax advisors have estimated a post-emergence tax liability of $25.0 million for the Fiscal Year 2010 through Fiscal Year 2012 period.  It is projected to be paid periodically (typically every two to four months) over a three year period beginning June 15, 2009.

---

[2]    The Debtors' fiscal year begins in March (Period 1).

3

## Projected Income Statement:

| | Fiscal Year Ending February, | | | |
|---|---|---|---|---|
| (US$ thousands; except per share) | 2009E | 2010E | 2011E | 2012E |
| Sales Pounds | 321,380 | 311,589 | 323,294 | 335,606 |
| Sales Price (Per Pound) | $2.01 | $2.13 | $2.21 | $2.27 |
| Net Sales | $645,326 | $664,981 | $713,317 | $762,348 |
| | | | | |
| Raw Materials | $363,414 | $375,469 | $403,490 | $432,062 |
| Direct Labor | 48,145 | 50,221 | 52,894 | 57,146 |
| Fixed Overhead | 21,953 | 20,985 | 21,786 | 22,626 |
| Variable Overhead | 59,478 | 68,470 | 73,918 | 78,746 |
| Total Cost of Goods Sold | $492,990 | $515,144 | $552,088 | $590,580 |
| | | | | |
| Selling Expense | $48,554 | $51,081 | $54,064 | $57,097 |
| Distribution Expense | 53,658 | 50,685 | 54,122 | 57,822 |
| Administrative Expense (Exc. D&A) | 42,916 | 16,260 | 16,748 | 17,251 |
| SG&A Expense | $145,128 | $118,026 | $124,934 | $132,170 |
| | | | | |
| Total Expenses | $638,117 | $633,169 | $677,022 | $722,750 |
| | | | | |
| Reported EBITDA | $7,208 | $31,812 | $36,295 | $39,597 |
| Pro-Forma Adjustments | 26,375 | 0 | 0 | 0 |
| Adjusted EBITDA | $33,583 | $31,812 | $36,295 | $39,597 |
| | | | | |
| Depreciation | 10,984 | 11,598 | 11,203 | 11,528 |
| Amortization | 16,767 | 0 | 0 | 0 |
| EBIT | ($20,543) | $20,214 | $25,093 | $28,069 |
| | | | | |
| Other Charges | ($1,414) | $0 | $0 | $0 |
| Net Interest Expense | 25,824 | 16,296 | 17,313 | 18,234 |
| Pretax Income | ($44,953) | $3,917 | $7,779 | $9,835 |
| | | | | |
| Tax Provision / (Benefit) | (753) | 1,508 | 2,995 | 3,787 |
| Net Income | ($44,200) | $2,409 | $4,784 | $6,049 |

4

Projected Balance Sheet:

| | Fiscal Year Ending February, | | | |
|---|---|---|---|---|
| (US$ thousands; except per share) | 2009E | 2010E | 2011E | 2012E |
| ASSETS | | | | |
| Cash & Equivalents | $0 | $0 | $0 | $0 |
| Accounts Receivable | 49,876 | 51,571 | 52,911 | 54,453 |
| Inventory | 67,148 | 66,996 | 68,767 | 70,317 |
| Other Current Assets | 6,368 | 7,243 | 7,243 | 7,243 |
| Total Current Assets | $123,392 | $125,810 | $128,921 | $132,013 |
| Net PP&E | $76,319 | $77,951 | $79,283 | $79,405 |
| Net Goodwill | $86,941 | $86,941 | $86,941 | $86,941 |
| Other Assets | 2,641 | 2,641 | 2,641 | 2,641 |
| Total Assets | $289,293 | $293,343 | $297,786 | $301,000 |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | |
| Accounts Payable | $5,876 | $17,239 | $19,537 | $22,035 |
| Accrued Expenses & Other Current Liabilities | 30,983 | 21,975 | 22,008 | 22,041 |
| Current Portion of LT Leases | 780 | 152 | 0 | 0 |
| Total Current Liabilities | $37,640 | $39,367 | $41,545 | $44,077 |
| Revolver / Exit Financing | $36,189 | $38,742 | $37,851 | $33,687 |
| 1st Lien Term Loan | 19,286 | 16,429 | 13,571 | 10,714 |
| Term Loan / 2nd Lien Term Loan | 85,995 | 92,193 | 98,880 | 106,053 |
| Other Debt (Senior Sub Notes + Cap. Leases) | 239 | 0 | 0 | 0 |
| Total Debt | $141,708 | $147,363 | $150,302 | $150,454 |
| Cash Tax Liability | $19,856 | $14,116 | $8,657 | $3,138 |
| Total Liabilities | $199,204 | $200,845 | $200,504 | $197,669 |
| Stockholders' Equity [1] | $90,089 | $92,498 | $97,282 | $103,331 |
| Total Liabilities & Equity | $289,293 | $293,343 | $297,786 | $301,000 |

---

[3]    Stockholders' equity includes preferred stock at a principal balance of $75 million.

5

Projected Cash Flow Statement:

| | Fiscal Year Ending February, | | | |
|---|---|---|---|---|
| (US$ thousands; except per share) | 2009E | 2010E | 2011E | 2012E |
| **CASH FROM OPERATIONS** | | | | |
| Net Income to Common | ($44,200) | ($3,921) | ($2,077) | ($1,385) |
| Plus: PIK Dividend Payments | $0 | $6,330 | $6,861 | $7,433 |
| Plus: Depreciation & Amortization | 27,751 | 11,598 | 11,203 | 11,528 |
| Funds From Operations | ($16,449) | $14,007 | $15,987 | $17,577 |
| | | | | |
| (Increase) / Decrease in Accounts Receivable | ($3,655) | ($1,696) | ($1,339) | ($1,543) |
| (Increase) / Decrease in Inventory | (2,462) | 152 | (1,771) | (1,550) |
| (Increase) / Decrease in Other Current Assets | 15,871 | (875) | 0 | 0 |
| Increase / (Decrease) in Accounts Payable | (1,779) | 11,363 | 2,298 | 2,498 |
| Increase / (Decrease) in Accrued Expenses & Other Current Liabilities | 10,373 | (9,008) | 33 | 34 |
| Increase / (Decrease) in Accrued Interest / Preferred Dividend | 9,580 | 0 | 0 | 0 |
| Change in Net Working Capital | $27,928 | ($64) | ($780) | ($561) |
| | | | | |
| Change in Other Assets | $2,626 | $0 | $0 | $0 |
| Loss on Disposition of Property, Plant, and Equipment, Net | (23) | 0 | 0 | 0 |
| Proceeds from Casualty Insurance included in Income | (2,000) | 0 | 0 | 0 |
| Proceeds from Casualty Insurance related Business Interruption | 1,000 | 0 | 0 | 0 |
| Change in Cash Tax Liability | (7,248) | (5,740) | (5,459) | (5,519) |
| Change in Other Liabilities | (6,679) | 0 | 0 | 0 |
| Other Cash Flows | ($12,324) | ($5,740) | ($5,459) | ($5,519) |
| | | | | |
| **Cash Flow From Operating Activities** | ($845) | $8,203 | $9,748 | $11,498 |
| | | | | |
| **CASH FROM INVESTING ACTIVITIES** | | | | |
| Proceeds from Dispositions | $1,000 | $0 | $0 | $0 |
| Additions to PP&E | (6,921) | (13,230) | (12,535) | (11,650) |
| Cash Flow From Investing Activities | ($5,921) | ($13,230) | ($12,535) | ($11,650) |
| | | | | |
| **FUNDS FROM FINANCING** | | | | |
| Revolver Drawdown / (Repayments) | $10,803 | $2,553 | ($891) | ($4,163) |
| Mandatory Prepayments | (714) | (2,857) | (2,857) | (2,857) |
| Principal Payments / (Accretion) on Long-Term Debt | (1,999) | 6,198 | 6,688 | 7,173 |
| Change in Capital Leases | (2,940) | (867) | (152) | 0 |
| Cash Flow From Financing | $5,149 | $5,027 | $2,787 | $152 |
| | | | | |
| **Change in Cash & Equivalents** | ($1,617) | $0 | $0 | $0 |

6