# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PIERRE FOODS, INC., et al.,[1] | ) Case No. 08-11480 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. [450 |

## ORDER AUTHORIZING THE DEBTORS TO (A) ENTER INTO EXIT FINANCING COMMITMENT LETTER AND FEE LETTER AND (B) FILE THE FEE LETTER UNDER SEAL

Upon the motion (the "Motion")[2] of Pierre Foods, Inc. and its affiliates as debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to (a) enter into a commitment letter (the "Commitment Letter") and fee letter (the "Fee Letter", and together with the Commitment Letter, the "Exit Financing Documents") and (b) file the Fee Letter under seal; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pierre Foods, Inc. (5643); Pierre Holding Corp. (0320); PF Management, Inc. (4935); Pierre Real Property, LLC (5302); Fresh Foods Properties, LLC (1730); Clovervale Farms, Inc. (1082); Chefs Pantry, Inc. (5649); Clovervale Transportation, Inc. (9470); Zartic, LLC (9891); Zartic Real Property, LLC (9895); Zar Tran, LLC (9892); Warfighter Foods, LLC (5678); Zar Tran Real Property, LLC (9896). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 9990 Princeton Road, Cincinnati, Ohio 45246.

[2] Capitalized terms not defined herein shall have the same meaning ascribed in the Motion.

1.     The Motion is granted.

2.     The Debtors are authorized to enter into, and perform under, the Commitment Letter and Fee Letter.

3.     The Debtors are authorized to use estate funds to pay Expenses as set forth in the Commitment Letter and Fee Letter.

4.     The Debtors are authorized to indemnify the Indemnified Persons in accordance with the terms set forth in the Commitment Letter.

5.     The Debtors shall take any action necessary to implement the Commitment Letter and Fee Letter, including those uses of estate assets required by the Commitment Letter and Fee Letter.

6.     The Debtors are authorized to file a copy of the Fee Letter (in substantially the form annexed as Exhibit C to the Motion and incorporated by reference as though fully set forth herein) under seal, which shall remain under seal and confidential and, with the exception of the Limited Notice Parties, shall not be made available to anyone without the written consent of the Debtors and the Exit Lenders or by further order of this Court, and service of the Motion shall be permitted and deemed sufficient without transmittal of the Fee Letter. The Limited Notice Parties, including the parties that they represent, shall be bound by this Order and shall at all times keep the Fee Letter strictly confidential and shall not disclose the contents of the Fee Letter to any party whatsoever, except that counsel to the Committee may disclose the Fee Letter to its financial advisors and members of the Committee, but to no other party notwithstanding section 1102(b)(3) of the Bankruptcy Code or otherwise, provided that any Committee member that receives the Fee Letter shall be bound by this Order and shall at all times keep the Fee Letter confidential.

2

7. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order in accordance with the Motion.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: **Nov, 25**, 2008

_____
United States Bankruptcy Judge

3